# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGINA DREVNAK, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 2:23-cv-02777-JMG |
| : | |
| PRESTAMOS CDFI, LLC, *et al.*, : | |
| Defendant. : | |

## ORDER

**AND NOW,** this 25th day of June, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

George Wylesol<br>
Clerk of Court<br>
<br>
By:<br>
<br>
<i>/s/ Brian R. Dixon</i><br>
Brian R. Dixon<br>
Deputy Clerk to Judge John M. Gallagher